**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JEFFREY M. TERRY, | : | |
| Plaintiff, | : | Civil Action No. 06-1788 (JAG) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| TOWN OF MORRISTOWN, | : | **CLOSED** |
| Defendants. | : | |

**GREENAWAY, JR., U.S.D.J.**

This matter having come before this Court on Defendants Town of Morristown and Karl

Peter Demnitz's (collectively, "Defendants") motion to dismiss Plaintiff Jeffrey M. Terry's

Second Amended Complaint, on the ground that this Court should abstain from hearing the

matter due to pending state proceedings; and it appearing that this Court reviewed the parties'

submissions; and for the reasons set forth in the accompanying Opinion, and good cause

appearing,

IT IS on this 17th day of July, 2007,

ORDERED that Defendants' motion to dismiss Plaintiff's Second Amended Complaint

(Docket Entry No. 12) is GRANTED; and it is further

ORDERED that Plaintiff's Second Amended Complaint is dismissed without prejudice;

and it is further

ORDERED that a copy of this Order be served on the parties within seven (7) days of the

1

entry of this Order.

                                        s/ Joseph A. Greenaway, Jr.
                                JOSEPH A. GREENAWAY, JR., U.S.D.J.