## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY M. TERRY, : <br> : <br> Plaintiff, : <br> : Civil Action No. 06-1788 (JAG) <br> v. : <br> : **ORDER** <br> TOWN OF MORRISTOWN and : <br> KARL PETER DEMNITZ, Individually, : <br> : <br> : <br> Defendants. : | |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the motion for reconsideration by Plaintiff Jeffrey M. Terry ("Plaintiff"), pursuant to FED. R. CIV. P. 59(e) and L. CIV. R. 7.1(i) (Docket Entry No. 17); and it appearing that this Court reviewed the parties' submissions, and for the reasons set forth in the accompanying Opinion, and good cause appearing,

IT IS on this 18th day of March, 2008,

ORDERED that Plaintiff's motion for reconsideration (Docket Entry No. 17) is GRANTED; and it is further

ORDERED that this Court's Opinion and Order dated July 17, 2007 shall be vacated, and the case reinstated to this Court's docket; and it is further

ORDERED that an in-person conference shall be held on April 7, 2008, at 3:00 p.m.; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.