NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jeffrey M. TERRY,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>TOWN OF MORRISTOWN, and<br>KARL PETER DEMNITZ,<br><br>　　　　　Defendants. | Hon. Katharine S. Hayden<br><br>Civil Action No. 06-1788 (KSH)<br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

　　For the reasons set forth in the Opinion filed herewith, defendants' motion for summary judgment [D.E. #48] is granted and the Clerk is directed to close this case.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Katharine S. Hayden

Dated: September 30, 2010　　　　　　　　　　　Katharine S. Hayden, U.S.D.J.