## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **JEFFREY M. TERRY,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| | § | |
| **V.** | § | **Docket No. 06-cv-1788 (JAG)** |
| | § | |
| | § | |
| **TOWN OF MORRISTOWN and,** | § | |
| **KARL PETER DEMNITZ, Individually** | § | |
| | § | |
| **DEFENDANTS.** | § | |
| | § | |
| | § | |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Jeffrey M. Terry, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order and Judgment entered in this cause on September 30, 2010 (Docket #54 & 55).  See Rules of Appellate Procedure 4(a)(1).

SIGNED this 29th day of October 2010.

Respectfully submitted,

CRESCI LAW FIRM
PO Box 74, 830 Avenue A
Bayonne, New Jersey 07002
Telephone:      (201) 436-4126/4127
Facsimile:      (201) 436-9220

By:___*Peter J. Cresci, Esq. /s/*_____
      PETER J. CRESCI (PC7693)
      ATTORNEY FOR PLAINTIFF,
      JEFFREY M. TERRY